IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-628-BO

| | |
|---|---|
| VELOCITEL, INC. d/b/a/ FDH VELOCITEL, <br><br> Plaintiff, <br><br> v. <br><br> CORY BAUER, JOSEPH BORRELLI, and DELTA OAKS GROUP, PLLC, <br><br> Defendants. | O R D E R |

This cause comes before the Court on defendants' Motion for Reconsideration of Order Granting Motion for Expedited Discovery. [DE 25]. Plaintiff has responded in opposition. [DE 27]. For good cause shown, defendants' motion is GRANTED [DE 25], the Court's order previously granting expedited discovery is VACATED [DE 24], and plaintiff's motion to expedite discovery is DENIED [DE 15]. The Court will address the pending motion for preliminary injunction at the hearing on February 11, 2016.

SO ORDERED, this __1__ day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE