IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:15-cv-628-D

VELOCITEL, INC. d/b/a FDH )
VELOCITEL, )
 )
      Plaintiff, )
 )
vs. ) **ORDER GRANTING JOINT MOTION**
 ) **TO EXTEND DEADLINES**
CORY BAUER, JOSEPH BORRELLI, )
and DELTA OAKS GROUP, PLLC, )
 )
      Defendants. )

This matter having come before this Court on Parties' Joint motion to extend deadlines; and

It appearing to the Court that good cause exists for the granting of this Motion; and that this Motion should be allowed;

IT IS NOW THEREFORE ORDERED that the Parties' Joint Motion to Extend Deadlines is hereby GRANTED, and the Scheduling Order deadlines shall be extended as follows:

- All discovery shall be completed by April 17, 2017.
- The deadline for filing dispositive motions shall be extended to May 22, 2017.

The remainder of the scheduling order is unchanged.

SO ORDERED. This __1__ day of February 2017.

                                                JAMES C. DEVER III
                                                Chief United States District Judge