IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-628-D

| | |
|---|---|
| VELOCITEL, INC., d/b/a VELOCITEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORY BAUER, JOSEPH BORRELLI, ) | |
| and DELTA OAKS GROUP, PLLC, ) | |
| ) | |
| Defendants. ) | |

On August 25, 2017, the court heard oral argument concerning plaintiff's motion for sanctions [D.E. 57], motions to compel [D.E. 63, 66], and motion to stay [D.E. 70]. As discussed in open court, the motions [D.E. 57, 63, 66, 70] lack merit and are DENIED. Dispositive motions are due on September 1, 2017.

SO ORDERED. This **25** day of August 2017.

JAMES C. DEVER III
Chief United States District Judge